UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN HOUTSMA,

     Petitioner,

v.                                                     Case No. 1:25cv112-MCR-HTC

SECRETARY DEPARTMENT OF
CHILDREN AND FAMILIES,

     Respondent.

## O R D E R

The magistrate judge issued a Report and Recommendation dated October 7, 2025 (ECF No. 23), which recommends the Motion to Dismiss (ECF No. 19) be granted and this case be dismissed with prejudice as untimely and procedurally defaulted. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation and any duly filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1)    The Magistrate Judge's Report and Recommendation (ECF Doc. 23) is adopted and incorporated by reference in this order.

(2)    The Motion to Dismiss (ECF Doc. 19) is GRANTED.

(3)    The petition under 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE.

(4)    All pending motions are DENIED as moot.

(5)    A certificate of appealability is DENIED.

(6)    The Clerk is directed to close the file.

**DONE AND ORDERED** this 15th day of January 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**